No. 14,984.

HOFFMAN ET AL. *v*. BARLOW.
(126 P. [2d] 1028)

Decided June 8, 1942.

· Judgment affirmed in department without written opinion, Mr. Chief Justice Young, Mr. Justice Knous, Mr. Justice Burke and Mr. Justice Jackson participating.

Mr. FRED S. CALDWELL, for plaintiffs in error.

Mr. A. R. MORRISON, for defendant in error.